

**ATTORNEYS AT LAW**

318 Cayuga Street
Salinas, CA 93901
**831.754.2444**
JRGattorneys.com

**PARTNERS**
Aaron P. Johnson
Paul A. Rovella
*Managing Partner*
Jason S. Retterer
Robert E. Rosenthal
Jeff R. Gilles
*Founding Partner*
Stephan A. Barber
Ren Nosky

**ATTORNEYS**
David W. Balch
Peter D. Brazil
Patrick S. M. Casey
S. Craig Cox
Rudolph P. Darken
David LaRiviere
Jeffrey S. Lind
Natalie M. Lupo
Cat Mineo
J.R. Parker
Sergio H. Parra
Ronald A. Parravano
Matthew R. Rankin
Nelson T. Rivera
Logan R. Walter

**OF COUNSEL**
Soren E. Diaz
Doug K. Dusenbury

April 10, 2020

United States District Court
Northern District of California
280 South First Street, Room 2112
San Jose, CA  95113

RE:     *Robert Brower, Sr., et al. v. MUFG Union Bank, N.A.*
        Case No.: 5:19-cv-08135-EJD

Dear Clerk of Court:

In preparing and filing our Appellant's Opening Brief, counsel for Appellant discovered that at the bottom of the cover sheet to our brief we included additional parties that our firm does not represent.  Appellant is responsible for this error and apologizes to the Court and opposing counsel for the error.

Appellant submits herein the correct cover page to Appellant's Opening Brief to this Court and opposing counsel in an effort to give notice of the correct parties that are represented by JRG Attorneys at Law.

Sincerely,

Stephan A. Barber
*Litigation Director*

SAB:kh
Enclosure
cc: Opposing counsel