Case No. 5:19-cv-08135-EJD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROBERT BROWER, SR., et al.,

*Appellants,*

*v.*

MUFG UNION BANK, N.A.,

*Respondent.*

On Appeal from the U.S. Bankruptcy Court

The Honorable Elaine Hammond, Judge Presiding

(Adversary Case No. 17-05044)

**APPELLANT'S OPENING BRIEF**

STEPHAN A. BARBER (SBN 70070)
JRG ATTORNEYS AT LAW
318 Cayuga Street
Salinas, CA 93901
Telephone: (831) 754-2444
Facsimile: (831) 269-7089

*Attorneys for Appellants, ROBERT BROWER, SR.; COASTAL CYPRESS CORPORATION (California and Delaware); WILFRED "BUTCH" LINDLEY; PATRICIA BROWER; PATRICIA BROWER TRUST and AMERICAN COMMERCIAL PROPERTIES, INC.*

# CERTIFICATE OF SERVICE

United States District Court, Northern District of California

Case No. 5:19-cv-08135-EJD

I, the undersigned, hereby declare: I am a citizen of the United States; I am over the age of 18 years; I am not a party to this legal action; and my business address is 318 Cayuga Street, Salinas, CA 93901. On April 10, 2020, I served a copy of the foregoing **CORRECTED COVER SHEET TO APPELLANTS' OPENING BRIEF** in the following manner on the parties identified below:

| | |
|---|---|
| Isaiah Weedn<br>SHEPPARD MULLIN<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626-1993<br>iweedn@sheppardmullin.com<br>Telephone: (714) 424-2828<br>**Attorneys for MUFG Union Bank, N.A.** | Michael M. Lauter<br>SHEPPARD, MULLIN, RICHTER<br>& HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>mlauter@sheppardmullin.com<br>Telephone: (415) 434-9100<br>**Attorneys for MUFG Union Bank, N.A.** |
| Babak Samini<br>THE SAMINI FIRM APC<br>2801 West Coast Highway, Suite 200<br>Newport Beach, CA 92663<br>bsamini@saminilaw.com<br>Telephone: (949) 724-0900<br>**Attorneys for Richard Babcock and**<br>**Anthony Nobles** | |

   **X**   **By CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　*/s/ Kathleen F. Hutter*
　　　　　　　　　　　　　　　　　　　　　Kathleen F. Hutter